PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:16-MJ-00020-CMK |
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING UNDER RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| NICHOLAS MARTIN COBERLEY, | Date: July 22, 2016<br>Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

The Court has read and considered the parties' Stipulation for Extension of Time for Preliminary Hearing under Rule 5.1(d) and Exclusion of Time, filed on July 15, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, establishes good cause for an extension of time for the preliminary hearing date under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to August 19, 2016, at 2:00 p.m.

2. The time between July 22, 2016, and August 19, 2016, shall be excluded from calculation

under 18 U.S.C. § 3161(h)(7)(A) [Local Code T-4].

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4. The Court finds that the defendant has waived being charged by information or indictment within thirty days of his arrest under 18 U.S.C. § 3161(b).

SO ORDERED.

Dated:  July 18, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE